Case 1:22-cv-07364-JPC   Document 6   Filed 10/31/22   Page 1 of 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JASMINE TORO,                                                          :
                                                                       :
                        Plaintiff,                                     :
                                                                       :     22 Civ. 7364 (JPC)
          -v-                                                          :
                                                                       :     ORDER
HEART OF IOWA MARKET PLACE, LLC,                                       :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     On October 6, 2022, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore October 27, 2022. *See* Fed. R. Civ. P. 12(a)(1(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 7, 2022. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by November 14, 2022.

     SO ORDERED.

Dated: October 31, 2022
       New York, New York

                                        JOHN P. CRONAN
                              United States District Judge